# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GONZALO ALFREDO PIZARRO COSSE, FLORICELDA CASTILLO, AND JORGE R. MEJIA** ) ) ) | CIV-F-09-0258 AWI GSA |
| ) **Plaintiffs**, ) ) | **ORDER VACATING HEARING DATE OF MARCH 23, 2009** |
| v. ) ) | |
| **GMAC MORTGAGE CORPORATION, and DOES 1-50, inclusive,** ) ) ) | |
| **Defendants**. ) | |

Defendant GMAC Mortgage LLC (sued erroneously as GMAC Mortgage Corporation) has noticed for hearing a motion to dismiss the complaint for failure to state a claim. The matter was scheduled for oral argument on March 23, 2009. Plaintiff has filed neither an opposition nor a notice of non-opposition. Thus, Plaintiff is in violation of Local Rule 78-230(c) and is no longer entitled to be heard at oral argument. The court has reviewed the papers and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 23, 2009, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 19, 2009                    /s/ Anthony W. Ishii
                                                        CHIEF UNITED STATES DISTRICT JUDGE