**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GONZALO ALFREDO PIZARRO COSSE, FLORICELDA CASTILLO, AND JORGE R. MEJIA**        ) <br> ) <br> ) <br>                    **Plaintiffs**,       ) <br> ) <br>        **v.**                          ) <br> ) <br> **GMAC MORTGAGE CORPORATION,**  ) <br> **and DOES 1-50, inclusive,**           ) <br> ) <br>                    **Defendants**.      ) | **CIV-F-09-0258 AWI GSA** <br><br> **ORDER CLOSING CASE** |

  On August 19, 2009, the court dismissed Plaintiffs' complaint without prejudice, giving them thirty days to file an amended complaint.  Plaintiffs were warned that "Failure to timely file an amended complaint will result in closure of this case." Doc. 31, August 19, 2009 Order, at 6:25.  Plaintiffs have neither filed an amended complaint, requested additional time to respond, nor made any other contact with the court as of October 5, 2009.  The court concludes that Plaintiffs are no longer seeking to prosecute this case.  Per the prior order, the clerk's office is directed to close this case.

IT IS SO ORDERED.

**Dated:    October 7, 2009**       **/s/ Anthony W. Ishii**
             CHIEF UNITED STATES DISTRICT JUDGE

1